**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DARANTAE CARTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-CV-121 (LAG) |
| | : | |
| SHAWN EMMONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ______________________________ | : | |

**ORDER**

Before the Court is Parties' Joint Motion for Entry of Confidentiality and Protective Order. (Doc. 52). Therein, the Parties ask the Court to enter a consent protective order "regarding certain confidential information and documents . . . concerning Plaintiff's health and medical treatment during his incarceration with Defendants . . . [and such] documents that non-party Georgia Department of Corrections [GDC] considers sensitive in nature." (*Id*. at 1 (citing Doc. 50)). The Parties represent that entry of a protective order will limit public disclosure of the "materials produced or adduced with regard to the [s]ubpoena to [p]roduce [d]ocuments, [i]nformation, or [o]bjects directed to non-party GDC . . . ." (Doc. 52-1 at 1).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)).

Accordingly, the Court finds a protective order is warranted to facilitate discovery. For good cause shown, the Parties' Motion is **GRANTED**, and the proposed

Confidentiality and Protective Order (Doc. 52-1) is hereby **ADOPTED** and made the **ORDER** of the Court.

**SO ORDERED**, this 4th day of August, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**